**DISMISS; and Opinion Filed January 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00230-CV

### PAULINE DAVIS, Appellant
### V.
### NINA NIELSEN, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07692-B**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Lang

The clerk's record in this case is overdue. By letter dated June 13, 2013 we informed appellant that the County Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


<u>/ Douglas S. Lang/</u>
DOUGLAS S. LANG
JUSTICE

130230F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PAULINE DAVIS, Appellant

No. 05-13-00230-CV          V.

NINA NIELSEN, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-07692-B.
Opinion delivered by Justice Lang.   Justices
FitzGerald and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee NINA NIELSEN recover her costs of this appeal from appellant PAULINE DAVIS.

Judgment entered this 30th day of January, 2014.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE